ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE:   August 12, 2013
START:   2:15 p.m.
END:   2:40 pm

DOCKET NO: _____ 10-CV-4188 (SLT) _____

CASE: _____ Idrovo v. Mission Design and Managemen Inc., et al. _____

___ INITIAL CONFERENCE                    ___ OTHER/ORDER TO SHOW CAUSE
___ DISCOVERY CONFERENCE                  ___ FINAL/PRETRIAL CONFERENCE
___ SETTLEMENT CONFERENCE                 ___ TELEPHONE CONFERENCE

FOR PLAINTIFF:   Robert Wisniewski _____
                 Plaintiff failed to appear _____

FOR DEFENDANT: _____
               _____

_____ DISCOVERY TO BE COMPLETED BY_____

_____ NEXT _____ CONFERENCE SCHEDULED FOR_____

_____ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____

_____ PL. TO SERVE DEF. BY:_____   DEF. TO SERVE PL. BY:_____

RULINGS:  **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

Although the Court waited for nearly half an hour, plaintiff Idrovo failed to appear in response to the Court's Order to Show Cause dated August 1, 2013, which was sent to him, at his address, via Federal Express, in both English and Spanish. Among other things, plaintiff was warned that if he failed to appear as directed, his counsel's motion to withdraw would be granted and his case would likely be dismissed for lack

of prosecution.

Plaintiff's counsel has not had any further communications from plaintiff since filing counsel's motion to withdraw on July 29, 2013; prior to the filing of the motion, plaintiff failed to appear for multiple meetings that had been scheduled with his attorney, and had declined to answer counsel's calls. It thus appears that plaintiff has abandoned this lawsuit.

For the foregoing reasons, this Court grants counsel's motion to withdraw and recommends that the District Court either dismiss the case with prejudice for lack of prosecution under Rule 41(b) of the Federal Rules of Civil Procedure, or dismiss the case without prejudice with the right to reopen it on a showing of good cause.

Any objection to any of the recommendations in this document must be filed with Judge Sandra L. Townes by August 30, 2013, or will be waived or forfeited.