UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MARCOS IDROVO,

                          Plaintiff,

    -against-

MISSION DESIGN AND MANAGEMENT, INC.,
*et al.*,

                       Defendants.
-------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JAN 6 - 2014 ★

BROOKLYN OFFICE

<u>ORDER</u>

10-CV-4188 (SLT) (RLM)

**TOWNES, United States District Judge:**

        In a handwritten minute entry dated August 12, 2013, Magistrate Judge Mann granted plaintiff's counsel's motion to withdraw from this case and recommended that this Court either dismiss this action "with prejudice for lack of prosecution under Rule 41(b) of the Federal Rules of Civil Procedure, or dismiss the case without prejudice with the right to reopen it on a showing of good cause." That minute entry specifically advised the plaintiff that "[a]ny objection to any of the recommendations in this document must be filed with Judge Sandra L. Townes by August 30, 2013, or will be waived or forfeited." According to the docket sheet, a copy of the minute entry was sent to plaintiff via Federal Express on August 13, 2013.

        To date, plaintiff has not filed any objections to Judge Mann's recommendations. The Court is not required to review the factual or legal conclusions of the magistrate judge as to those portions of a report and recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). Since this Court has received no objections to Judge Mann's recommendations, this Court adopts her recommendation that this action be dismissed with prejudice for lack of prosecution under Rule 41(b) of the Federal Rules of Civil Procedure.

## CONCLUSION

For the reasons stated above, this Court adopts Magistrate Judge Mann's recommendation set forth in her minute entry dated August 12, 2013, that this action be dismissed with prejudice for lack of prosecution under Rule 41(b) of the Federal Rules of Civil Procedure. The Clerk of Court is direct to enter judgment in accordance with this Order and to close this case. However, to the extent that plaintiff misunderstood the import of Magistrate Judge Mann's minute entry and/or the consequences of failing to file timely objections, he may file a motion for reconsideration of this order within 30 days of this date of this order.

**SO ORDERED.**

/s/(SLT)
_____
SANDRA L. TOWNES
United States District Judge

Dated: December 30, 2013
Brooklyn, New York

2